

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00323-CR

Steven **BELTRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 431439
The Honorable Monica A. Gonzalez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 15, 2015.

_____
Marialyn Barnard, Justice